UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINCY MAGEE,

                Plaintiff,

-against-

AMERICAN EXPRESS; CHASE CARD SERVICES; CREDIT KARMA; EXPERIAN; TRANS UNION; EQUIFAX; CITY OF NEW YORK,

                Defendants.

19-CV-8476 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 14, 2020
           New York, New York

                                          COLLEEN McMAHON
                                        Chief United States District Judge